

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-24-00407-CV

Dorothy Jane Rodriguez **JALOMO** and All Other Occupants,
Appellant

v.

**IVY APARTMENTS**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2024CV04259
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:     Beth Watkins, Justice
            Liza A. Rodriguez, Justice
            Lori I. Valenzuela, Justice

Delivered and Filed: October 23, 2024

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was originally due September 2, 2024 and was not filed. On September 18, 2024, we ordered appellant to file, by October 3, 2024: (1) her brief; and (2) a written response reasonably explaining her failure to timely file a brief. In our order, we cautioned the appellant that if she failed to timely file a brief and written response, we would dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a).

Appellant did not respond to our order. Because appellant has failed to timely file a brief, we dismiss this appeal for want of prosecution. *See id.*


PER CURIAM